Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON GUNWALL, JEFFREY E. SWENSON and AMELIA M. BESOLA, as Administratrix of the Estate of Mark Lester Besola,<br><br>Defendants. | No. 2:19-CV-00226RSL<br><br>ORDER GRANTING STIPULATION TO EXTEND DATE TO ANSWER |

## I. ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that the deadline for Defendant Jeffrey E. Swenson to answer Plaintiffs' Complaint shall be extended to June 12, 2019.

Dated this 18th day of April, 2019.

_____
Honorable Robert S. Lasnik
United States District Court

ORDER GRANTING STIPULATION TO EXTEND DATE TO ANSWER –
PAGE 1
CAUSE NO. 2:19-CV-00226

2334798 / 1812.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX