# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON GUNWALL, et al.,<br><br>    Defendants. | Case No. 2:19-CV-226-RSL<br><br>ORDER GRANTING SERVICE BY PUBLICATION ON DEFENDANT BRANDON GUNWALL PURSUANT TO RCW 4.28.100(2) |

    This matter comes before the Court on plaintiff's motion for service of summons by publication on defendant Brandon Gunwall. Dkt. #15. None of the other defendants has responded. See Dkt. #7; Dkt. #8. As plaintiff has been unable to locate defendant Gunwall, see Dkt. #15 at ¶¶ 3–12, service by publication is appropriate. RCW 4.28.100(2). Plaintiff's motion is GRANTED. Plaintiff may serve defendant Gunwall by publication.

    DATED this 22nd day of May, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING SERVICE BY PUBLICATION
ON DEFENDANT BRANDON GUNWALL - 1