FILED
LODGED
RECEIVED
MAIL

JUN 17 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>BRANDON GUNWALL, JEFFREY E. SWENSON and AMEILA M. BESOLA, as administratrix of the Estate OF Mark Lester Besola,<br><br>Defendants. | NO. 2:19-CV-00226<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Answering Defendant, Jeffrey Swenson, hereby answers to the allegations of Plaintiff's Complaint, states as follows:

### THE PARTIES

1. Defendant lacks information to admit or deny the allegations contained in paragraph one of the Complaint.

2. Defendant lacks information to admit or deny the allegations contained in paragraph two of the Complaint.

3. Admitted.

COMPLAINT - 1

4. Defendant lacks information to admit or deny the allegations contained in paragraph four of the Complaint.

## JURISDICTION AND VENUE

5. Defendant lacks information to admit or deny the allegations contained in paragraph five of the Complaint.

6. Defendant lacks information to admit or deny the allegations contained in paragraph six of the Complaint.

## CAUSE OF ACTION IN INTERPLEADER

7. Defendant lacks information to admit or deny the allegations contained in paragraph seven of the Complaint.

8. Defendant lacks information to admit or deny the allegations contained in paragraph eight of the Complaint.

9. Defendant lacks information to admit or deny the allegations contained in paragraph nine of the Complaint.

10. Defendant lacks information to admit or deny the allegations contained in paragraph ten of the Complaint.

11. Admitted.

12. Admitted.

13. Denied. The October 15, 2018 beneficiary change was the result of coercion and undue influence, as such, it is not valid, and Answering Defendant is the proper beneficiary.

14. Admitted.

15. Admitted.

COMPLAINT - 2

16. Admitted.

17. Defendant lacks information to admit or deny the allegations contained in paragraph seventeen of the Complaint.

18. Defendant lacks information to admit or deny the allegations contained in paragraph eighteen of the complaint.

19. Admitted.

20. Defendant lacks information to admit or deny the allegations contained in paragraph twenty of the Complaint.

21. Defendant lacks information to admit or deny the allegations contained in paragraph twenty-one of the Complaint.

22. Admitted.

23. Defendant lacks information to admit or deny the allegations contained in paragraph twenty-three of the Complaint.

24. Admitted.

25. Defendant lacks information to admit or deny the allegations contained in paragraph twenty-five of the Complaint.

COMPLAINT - 3

**WHEREFORE**, Defendant Swenson seeks:

    A. Dismissal of Plaintiff's Complaint;

    B. Payment of the death benefit equal to $695,000;

    C. All applicable interest on the death benefit under this policy;

    D. Reimbursement of fees and costs; and

    E. Any additional damages as this court sees as just and proper.

Dated this 6 day of June 2019.

Respectfully submitted,

*/s/ Jeffrey Swenson*

Jeffrey Swenson
410 N. Washington street Apt. #1
Aberdeen, WA 98520
Tel: 360-500-8671

COMPLAINT - 4

Jeffrey Swenson
410 N. Washington Street Apt#1
Aberdeen, WA 98520

U.S. District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

FILED
LODGED
RECEIVED

JUN 17 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY




