Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON GUNWALL, JEFFREY E. SWENSON and AMELIA M. BESOLA, as Administratrix of the Estate of Mark Lester Besola,<br><br>Defendants. | No. 2:19-CV-00226<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO AMEND ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT |

## I. ORDER

This matter having come before the Court on the stipulation of the parties attached hereto, the Court having reviewed the same, and the Court finding that the parties' stipulated motion to amend order regarding initial disclosures, joint status report and early settlement, it is hereby ordered that the clerk issue a new order regarding initial disclosures, joint status report and early settlement.

Dated this 28th day of August, 2019.

[signature]
Honorable Robert S. Lasnik



FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

*Presented by:*

DATED this 23rd day of August, 2019

FORSBERG & UMLAUF, P.S.

By: *s/ Alexandra E. Ormsby*
Stephanie Andersen, WSBA No. 22250
Alexandra E. Ormsby, WSBA No. 52677
Attorneys for Plaintiff

*Notice of presentation waived:*

Dated this ____ day of August, 2019

MORTON MCGOLDRICK, P.S.

______________________________
Daniel Walk, WSBA No. 52017
Attorney for Defendant Gunwall

Dated this ____ day of August, 2019

LAW OFFICES OF DESMOND D. KOLKE

______________________________
Desmond Kolke, WSBA No. 23563
Attorney for Defendant Besola

Dated this ____ day of August, 2019

JEFFREY SWENSON

______________________________
Pro Se Defendant



FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

*Presented by:*

DATED this ____ day of August, 2019

FORSBERG & UMLAUF, P.S.

By: ______________________________
Stephanie Andersen, WSBA No. 22250
Alexandra E. Ormsby, WSBA No. 52677
Attorneys for Plaintiff

*Notice of presentation waived:*

Dated this ____ day of August, 2019

MORTON MCGOLDRICK, P.S.

______________________________
Daniel Walk, WSBA No. 52017
Attorney for Defendant Gunwall

Dated this 26 day of August, 2019

LAW OFFICES OF DESMOND D. KOLKE

______________________________
Desmond Kolke, WSBA No. 23563
Attorney for Defendant Besola

Dated this 23 day of August, 2019

JEFFREY SWENSON

______________________________
Pro Se Defendant



FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX