1

Honorable Robert S. Lasnik

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

NEW YORK LIFE INSURANCE COMPANY, | No. 2:19-CV-00226

9

Plaintiff,

~~[PROPOSED]~~ ORDER GRANTING
PLAINTIFF'S MOTION FOR
INTERPLEADER DEPOSIT OF FUNDS
AND DISMISSAL

10

vs.

11

BRANDON GUNWALL, JEFFREY E.
SWENSON and AMELIA M. BESOLA, as

12

Administratrix of the Estate of Mark Lester
Besola,

13

Defendants.

14

15

The Court having considered Plaintiff's Motion for Interpleader Deposit of Funds and

16

Dismissal, and for good cause having been shown;

17

**IT IS ORDERED** as follows:

18

1.     NYLIC shall distribute to the Clerk of this Court a check equal to the

19

$695,000.00 in Death Benefits due as a result of the death of Mark L. Besola in connection

20

with Group Life Insurance Policy No. G-14884-0 issued by NYLIC to the Trustees of the

21

American Veterinarian Medical Association Trust (the "Policy"), plus applicable interest, if

22

any, minus $15,286.51 in attorney's fees and costs to be retained by NYLIC;

23

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR
INTERPLEADER  AND DISMISSAL – PAGE 1
CAUSE NO. 2:19-CV-00226

2439672 / 1812.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

2.      The Clerk of this Court shall deposit the funds distributed by NYLIC into an interest-bearing account and maintain the same pending further orders of the Court;

3.      Upon deposit of the funds with the Court, NYLIC shall be, and hereby is, discharged from any and all liability to Defendants Brandon Gunwall, Jeffrey E. Swenson and Amelia M. Besola, as Administratrix of the Estate of Mark Lester Besola (together, the "Adverse Claimants") relating in any way to the Policy and/or the Death Benefits, and the Adverse Claimants shall be, and hereby are, permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against NYLIC with respect to the Death Benefits or otherwise in connection with the Policy;

4.      NYLIC shall be, and hereby is, dismissed from the above-captioned action with prejudice without further costs or fees to any party;

5.      This Court shall retain jurisdiction over the Adverse Claimants and of the matter and all claims between the Adverse Claimants as to the Death Benefits or otherwise raised between the Adverse Claimants; and

6.      This action shall be retained on the Court's docket for resolution of claims to the funds deposited by NYLIC, and distribution thereof.

\\

\\

\\

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
INTERPLEADER  AND DISMISSAL – PAGE 2
CAUSE NO. 2:19-CV-00226

2439672 / 1812.0002

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1   ORDERED this 20th day of _Sept._ 2019.

2

3   _____

4   Honorable Robert S. Lasnik

5

6

7   _Presented by:_

8   FORSBERG & UMLAUF, P.S.

9

    s/ Alexandra E. Ormsby
10  _____
    Stephanie Andersen, WSBA No. 22250
11  Alexandra E. Ormsby, WSBA No. 52677
    Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
INTERPLEADER  AND DISMISSAL  – PAGE 3
CAUSE NO. 2:19-CV-00226

2439672 / 1812.0002

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX