THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON GUNWALL, JEFFREY E. SWENSON, and AMELIA M. BESOLA, as Administratrix of the Estate of Mark Lester Besola,<br><br>Defendants. | NO. 2:19-CV-00226-RSL<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE NOTICE OF WITHDRAWAL AND SUBSTITUTION OF ERIC PULA IN HIS CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARK LESTER BESOLA |

This matter having come before the Court pursuant to LCR 83.2 upon Eric Pula's Motion for Leave to File Notice of Withdrawal and Substitution of Counsel for Eric Pula in his capacity as Personal Representative of the Estate of Mark Lester Besola in this action, and the Court finding good cause to grant the requested leave, the Motion is hereby GRANTED and substituting counsel will file a Notice of Withdrawal and Substitution.

Dated this 5th day of Feb. ~~January~~ 2020.

_____
Honorable Robert S. Lasnik
United States District Court Judge

[PROPOSED] ORDER GRANTING LEAVE TO FILE WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1 of 2
(2:19-CV-00226-RSL)
[4839-3529-4895]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565