1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                     AT SEATTLE

9    NEW YORK LIFE INSURANCE COMPANY,

10                    Plaintiff,

11            vs.                                    NO.  C19-226RSL

12   BRANDON GUNWALL, et al.,                        ORDER REMOVING CASE FROM
                                                     ACTIVE CASELOAD
13                    Defendants.

14

15            This Court having stayed the above-entitled action pending the Superior Court's resolution of the

16   pending will contest,

17            It is HEREBY ORDERED that this action shall be removed from this Court's active caseload

18   until further application by the parties or order of this Court.  The parties shall within 15 days of the

19   Superior Court's resolution of the pending will contest, file a joint status report with the Court.

20            This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

21

22            DATED this 9th day of November, 2021.

23

24

25                                                   _____
                                                     Robert S. Lasnik
26                                                   United States District Judge

27

28   ORDER REMOVING CASE FROM ACTIVE CASELOAD-1