THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON GUNWALL, JEFFREY E. SWENSON, and AMELIA M. BESOLA, as Administratrix of the Estate of Mark Lester Besola,<br><br>Defendants. | NO. 2:19-CV-00226-RSL<br><br>ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR ERIC PULA IN HIS CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARK LESTER BESOLA |

This matter having come before the Court pursuant to LCR 83.2 upon the motion of Stephanie Bloomfield, Andrea H. McNeely and Shelly M. Andrew of Gordon Thomas Honeywell LLP for leave to withdraw as counsel for Eric Pula in his capacity as Personal Representative of the Estate of Mark Lester Besola in this action, and the Court finding good cause to grant the requested leave, the Motion is hereby GRANTED. Stephanie Bloomfield, Andrea H. McNeely and Shelly M. Andrew of Gordon Thomas Honeywell LLP are withdrawn as counsel for Eric Pula in his capacity as Personal Representative of the Estate of Mark Lester Besola.

ORDER GRANTING LEAVE TO WITHDRAW - 1 of 2
(2:19-CV-00226-RSL)
[4839-3529-4895]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

Dated this 1st day of March, 2023.

*Robt S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2 of 2
(2:19-CV-00226-RSL)
[4839-3529-4895]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565