**CLERK, UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Return to Sender / Moved 1 year Ago
No Forwarding Address.

Jeffrey E Swenson
410 N. WASHINGTON STREET APT. #1
ABERDEEN, WA 98520

TACOMA WA 983
9 MAR 2023 PM

FIRST-CLASS

FILED
LODGED
RECEIVED
MAR 15 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY DEPUTY

ZIP 98101
02 7H
0006038079
US POSTAGE (IMI) PITNEY BOWES
$ 000.84⁰
MAR 02 2023

NIXIE   980   DE 1   0003/14/23
RETURN TO SENDER
UNABLE TO FORWARD
BC: 98101442895      *0226-09094-06-44

THE HONORABLE ROBERT S. LASNIK

FILED
LODGED
RECEIVED

MAR 15 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON GUNWALL, JEFFREY E. SWENSON, and AMELIA M. BESOLA, as Administratrix of the Estate of Mark Lester Besola,<br><br>Defendants. | NO. 2:19-CV-00226-RSL<br><br>ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR ERIC PULA IN HIS CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARK LESTER BESOLA |

This matter having come before the Court pursuant to LCR 83.2 upon the motion of Stephanie Bloomfield, Andrea H. McNeely and Shelly M. Andrew of Gordon Thomas Honeywell LLP for leave to withdraw as counsel for Eric Pula in his capacity as Personal Representative of the Estate of Mark Lester Besola in this action, and the Court finding good cause to grant the requested leave, the Motion is hereby GRANTED. Stephanie Bloomfield, Andrea H. McNeely and Shelly M. Andrew of Gordon Thomas Honeywell LLP are withdrawn as counsel for Eric Pula in his capacity as Personal Representative of the Estate of Mark Lester Besola.

ORDER GRANTING LEAVE TO WITHDRAW - 1 of 2
(2:19-CV-00226-RSL)
[4839-3529-4895]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565

1  Dated this 1st day of March, 2023.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW - 2 of 2
(2:19-CV-00226-RSL)
[4839-3529-4895]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON 98402
(253) 620-6500 - FACSIMILE (253) 620-6565