THE HONORABLE ROBERT S. LASNIK

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON GUNWALL, JEFFREY E. SWENSON, and AMELIA M. BESOLA, as Administratrix of the Estate of Mark Lester Besola,<br><br>Defendants. | NO. 2:19-CV-00226-RSL<br><br>**SECOND AMENDED STIPULATION AND ORDER TO DISBURSE FUNDS**<br><br>*CLERK'S ACTION REQUIRED* |

SECOND AMENDED STIPULATION AND ORDER TO DISBURSE FUNDS
CASE NO. 2:19-CV-00226-RSL

**DAUDT LAW PLLC**
110 Prefontaine Place S., Suite 304
Seattle, Washington  98104-5161
TEL. (206) 445-7733 • FAX (206) 445-7399
www.daudtlaw.com

## I. STIPULATION

Defendants Brandon Gunwall and Amelia Besola ("Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff New York Life Insurance Company filed this interpleader action concerning disputed claims to life insurance death benefits, naming Brandon Gunwall, Jeffrey E. Swenson and Amelia M. Besola as defendants;

WHEREAS, Plaintiff filed a Motion for Interpleader Deposit of Funds and Dismissal, which was granted on September 20, 2019, thereby dismissing Plaintiff from the case;

WHEREAS, on October 10, 2019, Plaintiff deposited $693,813.76 into the Court Registry;

WHEREAS, Defendant Jeffrey E. Swenson assigned all of his claims in this matter to Defendant Amelia M. Besola;

WHEREAS, Defendants Brandon Gunwall and Amelia M. Besola have negotiated a settlement of their claims, cross claims and defenses asserted herein, including an agreement that this Court shall retain jurisdiction for purposes of enforcement of said settlement agreement if necessary; and

WHEREAS, the Court entered an order of dismissal (Dkt. 86) herein on December 1, 2023, following to filing of a notice of settlement (Dkt. 85).

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN DEFENDANTS THROUGH THEIR RESPECTIVE COUNSEL, subject to Court approval, that: (1) two hundred eight thousand five hundred dollars ($208,500.00) be paid from the court registry to Defendant Amelia M. Besola *with zero interest accrued*; (2) the remaining balance of the funds in the court registry – four hundred eighty-five thousand three hundred and thirteen dollars and 76/100 ($485,313.76), *plus all accrued interest* – be paid to Defendant Brandon Gunwall; and (3) that this Court shall retain jurisdiction of this matter for purposes of enforcing the settlement agreement.

SECOND AMENDED STIPULATION AND ORDER TO DISBURSE FUNDS - 1
CASE NO. 2:19-CV-00226-RSL

**DAUDT LAW PLLC**
110 Prefontaine Pl. S., Suite 304
Seattle, Washington  98104-5161
TEL. (206) 445-7733 • FAX (206) 445-7399
www.daudtlaw.com

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED AND DATED this 11th day of December, 2023.

| DAUDT LAW PLLC | NELSON ALLEN WALK, PLLC |
|---|---|
| By: /s/ Michael D. Daudt, WSBA #25690<br>Michael D. Daudt, WSBA #25690<br>Email: mike@daudtlaw.com<br>110 Prefontaine Place S., Suite 304<br>Seattle, Washington 98104-5161<br>Telephone: (206) 445-7733<br>Facsimile: (206) 445-7399<br>*Attorney for Defendant Amelia M. Besola* | By: /s/ Daniel K. Walk, WSBA #52017<br>Daniel K. Walk, WSBA #52017<br>Email: dan@nelsonallenwalk.com<br>102 N. Meridian<br>Puyallup, WA 98371<br>Telephone: (253) 845-8895<br>*Attorneys for Defendant Brandon Gunwall* |

## II. ORDER

The Court, having reviewed the Stipulation of the Parties Dismissing Crossclaims and Entering Final Judgment, hereby finds good cause and ORDERS, DECREES and enters JUDGMENT as follows:

1. The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of two hundred eight thousand and five hundred dollars ($208,500.00), *with zero accrued interest*, payable to "Amelia Besola" and mail the check to Amelia Besola at 1115 S. 347th Place, Federal Way, WA 98003.

2. The Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of four hundred eighty-five thousand three hundred and thirteen dollars and 76/100 ($485,313.76), *plus all accrued interest*, payable to "Nelson Allen Walk, PLLC, in trust for Brandon Gunwall" and mailed to Nelson Allen Walk, PLLC at 102 N Meridian, Puyallup, WA 98371.

3. This Court shall retain jurisdiction over this matter and over these parties for purposes of enforcing the settlement agreement entered into between them regarding this matter.

SECOND AMENDED STIPULATION AND ORDER TO DISBURSE FUNDS - 2
CASE NO. 2:19-CV-00226-RSL

**DAUDT LAW PLLC**
110 Prefontaine Pl. S., Suite 304
Seattle, Washington 98104-5161
TEL. (206) 445-7733 • FAX (206) 445-7399
www.daudtlaw.com

1  IT IS SO ORDERED.

3  Dated this 11th day of December, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

SECOND AMENDED STIPULATION AND ORDER TO
DISBURSE FUNDS - 3
Case No. 2:19-CV-00226-RSL

**Daudt Law PLLC**
110 Prefontaine Pl. S., Suite 304
Seattle, Washington 98104-5161
TEL. (206) 445-7733 • FAX (206) 445-7399
www.daudtlaw.com